AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### Western District of Texas

FILED
JUN 21 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| United States of America<br>v.<br>Coreydon Stepaniak<br><br>*Defendant* | Case No. 3:24-CR-01313 |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(Name of person to be arrested)* Coreydon Stepaniak,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ 2nd Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Count 1: 18 U.S.C. §§ 371, 7(3) & 13 (T.P.C. § 22.04(a)) – Conspiracy to Commit Injury to a Child

Count 2: 18 U.S.C. §§ 7(3) & 13 (T.P.C. § 22.04(a)) – Injury to Child

Count 3: 18 U.S.C. §§ 7(3) & 13 (T.P.C. § 22.041(c)) – Child Endangerment

Count 4: 18 U.S.C. §§ 7(3) & 13 (T.P.C. § 22.041(b)) – Child Abandonment

Date: 6/20/24

*Issuing Officer Signature*

City and state: El Paso, Texas

Robert F Castaneda  U.S. magistrate
*Printed Name and Title*

### Return

This warrant was received on (date) 6/20/2024, and the person was arrested on (date) 6/20/2024
at (city and state) Fort Irwin, CA

Date: 6/20/2024

*Arresting Officer's Signature*

Laura Janowski  Special Agent FBI
*Printed Name and Title*