FILED
July 01, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Erika Gonzalez_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | EP-24-CR-01313-DCG(1)(2) |
| § | |
| CECILIA STEPANIAK (1) and § | |
| COREYDON STEPIANIK (2) § | |

## ORDER

On this date came to be considered the Government's Motion for Protective Order and to Proceed in the Detention Hearing by Proffer in the above entitled and numbered cause, and the Court having considered the same, is of the opinion that the Motion for Protective Order should be **GRANTED IN PART** and **DENIED IN PART**.

The Government is not allowed to proceed by proffer with regard to the strength of the evidence in this case. Otherwise, proffer evidence will be allowed, e.g., CPS records, etc.

Regarding the protective order request, the parties will refer to the child victim as "C.V." and the transcript of the detention hearing will be sealed. The request to close the courtroom is **DENIED** as there are already a multitude of references to this case throughout the media

**SIGNED AND ENTERED** this 1st day of July, 2024.

_____
**ROBERT F. CASTANEDA**
**UNITED STATES MAGISTRATE JUDGE**