UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | |
| vs. | § | NO:  EP:24-CR-01313(2)-DCG |
| | § | |
| (2) Coreydon Stepaniak | § | |

## **ORDER OF REFERRAL ON PLEA (RULE 11) AND JURY TRIAL SETTING**

On this day, the Court considered the Defendant's request for rearraignment made orally during docket call on May 15, 2025, in the above-captioned cause.

Pursuant to 28 U.S.C. § 636(b), the Court refers the above-captioned cause to **United States Magistrate Judge Robert F. Castaneda** to administer a guilty plea in accordance with Federal Rule of Criminal Procedure 11.  The Court finds that the interests of justice outweigh the interests of the Defendant and the public in a speedy trial, and that the timing from the date of this Order through the granted setting is excludable time within the meaning of the Speedy Trial Act, 18 U.S.C. §§3161 *et seq*.

IT IS HEREBY ORDERED that in the event the rearraignment does not occur, the above entitled and numbered case is set for **JURY TRIAL** in District Courtroom, Room 322, on the 3rd Floor of the United States Courthouse, 525 Magoffin, El Paso, TX, El Paso, TX 79901, on **Monday, August 18, 2025**, at **9:00 AM**.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States

Pretrial Services and the United States Probation Office. Counsel for the Defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

**IT IS FURTHER ORDERED that in the event the services of a court interpreter are required, counsel for the defendant shall notify the U.S. District Clerk's Office within five days of the date of the hearing.**

IT IS SO ORDERED on this **16th day of May, 2025**.

_____
HON. DAVID C GUADERRAMA
SENIOR UNITED STATES DISTRICT JUDGE