**FILED**
October 29, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: ___Erika Gonzalez___
DEPUTY

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** § § | |
| vs.   § § § | No. EP: 24-CR-01313-DCG-2 |
| **COREYDON STEPANIAK** § | |

### ORDER DENYING MOTION TO AMEND
### CONDITIONS OF RELEASE

On this day, the Court considered the Defendant's motion filed on October 17, 2025, and the government's response to said motion. The Court **DENIES** the Defendant's Motion to Amend Conditions of Release.

The Court notes that the Defendant has been on bond for over a year. He is set for sentencing before the District Court on November 20, 2025.

The current conditions of release have been carefully tailored to assure the Defendant's appearance at all court proceedings and to assure the safety of the community. The Court does not feel that an adjustment in bond conditions is necessary to allow an infant and the Defendant to participate in Halloween activities or other similar activities where lots of children will be present. The stress of an upcoming sentencing hearing exists for the Defendant at this time and the concerns for the Defendant being around children have not ceased to exist. Furthermore, a full presentence report will be available for the District Court to consider at the time of sentencing. If the District Judge follows the parties' agreement for a probated sentence, he will be in possession of many more details which will allow him to fully consider the Defendant's request at that time.

Therefore, the Defendant's Motion to Amend conditions of release is **DENIED**.

**SIGNED AND ENTERED** this 29th day of October, 2025.

_____
**ROBERT F. CASTANEDA**
**UNITED STATES MAGISTRATE JUDGE**