UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| USA § § | |
| vs. § | Case Number:  EP:24-CR-01313(2)-DCG |
| § § | |
| (2) Coreydon Stepaniak § | |

## ORDER RESETTING SENTENCING

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for 10:00 AM, in District Courtroom, Room 322, on the 3rd Floor of the United States Courthouse, 525 Magoffin, El Paso, TX, on November 20, 2025.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to the defendant, counsel for defendant, the United States Attorney, U.S. Pretrial Services, United States Probation Office, and any surety or custodian, if applicable.  Further, counsel for the defendant shall notify the defendant of this setting.  If the defendant is on bond, he/she shall be present.

IT IS SO ORDERED this 18th day of November, 2025

_____
DAVID C GUADERRAMA
SENIOR UNITED STATES DISTRICT JUDGE