Prob 12B (7/93)

# UNITED STATES DISTRICT COURT
## for
### WESTERN DISTRICT OF TEXAS

FILED
2026 MAR 12 PM 3: 21
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____DEPUTY

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

**Name of Offender:** Coreydon Stepaniak, TN: COREYDON WAYNE STEPANIAK

**Case Number:** EP: 24-CR-01313-DCG(2)

**Name of Sentencing Judicial Officer:** David C. Guaderrama, Senior U.S. District Judge

**Date of Original Sentence:** November 20, 2025

**Original Offense:** Child Endangerment, 18:7.F

**Original Sentence:** One-hundred eighty (180) days imprisonment probated for a term of five (5) years as to Count 3

**Type of Supervision:** Probation

**Date Supervision Commenced:** November 20, 2025

## PREVIOUS COURT ACTION

On December 9, 2025, a Status Conference was held and the Court ordered that a modification be made to the conditions of supervision.

On December 17, 2025, the Court Modified the term of supervision to include a condition indicating the defendant shall comply with all current and future orders of any state of family court concerning custody, visitation, or contact with any minor children who are the subject of those orders and shall promptly provide copies of those orders to the U.S. Probation Office before having any contact with those children.

On December 30, 2025, a Status Conference was held and the Court ordered that a modification be made to the conditions of supervision.

On January 16, 2026, the Court modified the term of supervision to include conditions indicating the defendant shall comply with all current and future orders of any state or family court concerning custody, visitation, or contact any minor children who are the subject of those orders and shall promptly provide copies of those orders to the U.S. Probation Office before having any contact with those children.  In addition, the Court set geographical boundaries and provided instructions to request and obtain permission from the probation officer 48 hours prior to attending a location within the restricted geographical boundaries.

On February 4, 2026, a Status Conference was held and the Court placed Stepaniak on zero tolerance.

On February 6, 2026, a Supervision Modification Hearing was held and the Court ordered that a modification be made to the conditions of supervision.

Coreydon Stepaniak, TN: COREYDON WAYNE STEPANIAK
Docket No. EP: 24-CR-01313-DCG(2)
Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
P a g e | 2

## PETITIONING THE COURT

[ ]   To extend the term of supervision for _____ years, for a total term of _____ years.

[ X ]   To modify the conditions of supervision as follows:

  1. The defendant shall not go to, or remain at, the following properties, to include any shared parking if the restricted properties: (1) Child Help, 2120 North Central Avenue, Phoenix, Arizona 85004; (2) Dream City Church, 13613 North Cave Creek Road, Phoenix, Arizona 85022; and (3) Alice Cooper's Solid Rock Teen Central, 13625 North 32nd Street, Phoenix, Arizona 85032.

  2. The defendant shall not visit or approach within one mile of the following location: Six Flags Hurricane Harbor, 4243 West Pinnacle Peak Road, Glendale, Arizona 85310, on or between the 1st and the 15th day of any month, inclusive.

[ X ]   To rescind the conditions of supervision as follows:

  1. The defendant shall not go to, or remain at, the following properties, to include any shared parking if the restricted property is a multi-tenant property, or any property adjacent to the following properties: (1) Child Help, 2120 North Central Avenue, Phoenix Arizona 85004; (2) Six Flags Hurricane Harbor, 4243 West Pinnacle Peak Road, Glendale, Arizona 85310; (3) Christ's Church of the Valley (CCV), 7007 West Happy Valley Road, Peoria, Arizona 85383; (4) Dream City Church, 13613 North Cave Creek Road, Phoenix, Arizona 85022; and (5) Alice Cooper's Solid Rock Teen Center, 13625 North 32nd Street, Phoenix, Arizona 85032.

## CAUSE

On February 19, 2026, a meeting was held to address a possible modification allowing Stepaniak the opportunity to visit two locations previously listed on a restricted list. Furthermore, the Court ordered the Government, Defense Counsel, and the U.S. Probation Officer draft new language to address the listed conditions above (listed as modifications no. 1 and 2).

The modification is an appropriate action provided under 18 U.S.C. 3583 and the addition of USSG 5D1.4, which calls for an individualized assessment of the appropriateness of existing conditions. Further, this modification will utilize available resources to continue promoting rehabilitation and ease the person under supervision's transition back into the community. The probation officer will continue to address the needs of the person under supervision while also maintaining public safety.

Stepaniak did not endorse the PROB 49, Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision, since the above modification is considered, a favorable change made to the offender's conditions of probation and supervised release. (See Federal Rules of Criminal Procedure, Rule 32.1(c)(1) and ©(2)(B).

Coreydon Stepaniak, TN: COREYDON WAYNE STEPANIAK
Docket No. **EP: 24-CR-01313-DCG(2)**
Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
P a g e | 3

Respectfully submitted,                          Approved by,

*[signature]*                                    *[signature]*

Matthew Alvarado                                 Maricela Seward
U.S. Probation Officer                           Supervising U.S. Probation Officer
Office (915) 585-5566                            Office (915) 585-6569
Cellular (915) 412-4101                          Cellular (915) 861-8768
Date: March 6, 2026

---

**THE COURT ORDERS:**

[ ]  No action.

[ ]  The extension of supervision as noted above.

[X]  The modification of conditions as noted above.

[ ]  Other

*[signature]*
David C. Guaderrama, Senior U.S. District Judge

03-11-26
Date